# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Helen Frances Tyler,

           Plaintiff,        Case No. 18-13532

v.

                             Judith E. Levy
                             United States District Judge

Commissioner of Social Security,

                             Mag. Judge R. Steven Whalen

           Defendant.

_____/

# ORDER ADOPTING REPORT AND RECOMMENDATION [21], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [17], AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [20]

This is a Social Security appeal. Before the Court is Magistrate Judge Whalen's January 13, 2020 report and recommendation (ECF No. 21) recommending the Court deny Plaintiff's motion for summary judgment (ECF No. 17) and grant Defendant's motion for summary judgment (ECF No. 20). The parties were required to file specific written objections to the report and recommendation within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed.

Nevertheless, the Court has thoroughly reviewed the report and recommendation, and concurs in the reasoning and result. Accordingly,

The report and recommendation (ECF No. 21) is ADOPTED;

Plaintiff's motion for summary judgment (ECF No. 17) is DENIED;

Defendant's motion for summary judgment (ECF No. 20) is GRANTED.[1]

IT IS SO ORDERED.

Dated: January 30, 2020　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 30, 2020.

　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have waived any further right of appeal. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).